UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>J. SULLIVAN, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01288-LJO-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 36)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 22)<br><br>**ORDER DECLINING EXERCISE OF SUPPLEMENTAL JURISDICTION**<br><br>**ORDER DISMISSING STATE LAW CLAIMS** |

    Plaintiff, Edward Turner ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On June 28, 2007, the Magistrate Judge filed Findings and Recommendations which contained notice to the parties that any objections to the Findings and Recommendations were to be filed on or before July 28, 2007.  To date, no party has filed objections.

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendations, filed June 28, 2007, are ADOPTED IN FULL;

   2.   Defendants' motion to dismiss for failure to exhaust, filed January 5, 2007, is GRANTED; and,

   3.   The exercise of supplemental jurisdiction over plaintiff's state law claims is DECLINED, and the state law claims are therefore DISMISSED without prejudice.

IT IS SO ORDERED.

**Dated:   September 18, 2007**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE